**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: February 27, 2026

Mr. John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

    Re: Case No. 26-3149, *John Klosterman v. Konza, LLC, et al*
        Originating Case No. 1:25-cv-00312

Dear Mr. Klosterman,

   This appeal has been docketed as case number **26-3149** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **March 13, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

              Appellee:    Appearance of Counsel
                             Disclosure of Corporate Affiliation
                             Application for Admission to 6th Circuit Bar (if applicable)

The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                                          Sincerely yours,

                                          s/Kelly Stephens, Clerk

                                          Appeal Case Manager: Gretchen
                                          Direct Dial No. 513-564-7018

cc: Mr. James D. Houston
    Mr. Paul Saba
    Ms. Rebecca P. Salley
    Ms. Bailey Sharpe

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 26-3149

JOHN KLOSTERMAN

        Plaintiff - Appellant

v.

KONZA, LLC; RICHARD BOYDSTON; DENTONS, BINGHAM AND GREENEBAUM, LLP; TRI-STATE ORGANIZATION, INC.; JOSEPH LENTINE, III; ANGEL STRUNK; JENNIFER DONATHAN; KELLER WILLIAMS REALTY; TERRY JAMES; CITY OF CINCINNATI, OH

        Defendants - Appellees