UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3149**

Case Title: **John Klosterman** vs. **Konza, LLC, et al.**

List all clients you represent in this appeal:

**Defendant-Appellee Keller Williams and Jennifer Donathan**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jeffrey M. Nye, Esq.**   Signature: s/ **Jeffrey M. Nye, Esq.**

Firm Name: **SSP Law Co., L.P.A.**

Business Address: **2623 Erie Avenue**

City/State/Zip: **Cincinnati, Ohio 45208**

Telephone Number (Area Code): **513-533-2759**

Email Address: **jmn@sspfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---