**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 16, 2026

Mr. John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

Mr. James D. Houston
Strauss Troy
150 E. Fourth Street
Fourth Floor
Cincinnati, OH 45202

Mr. Jeffrey M. Nye
Mr. Paul Saba
Ms. Bailey Sharpe
SSP Law
2623 Erie Avenue
Cincinnati, OH 45208

Ms. Rebecca P. Salley
City of Cincinnati
Law Department
801 Plum Street
Suite 214
Cincinnati, OH 45202

     Re: Case No. 26-3149, *John Klosterman v. Konza, LLC, et al*
           Originating Case No. 1:25-cv-00312

Dear Mr. Klosterman and Counsel,

   The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(A)iii. If you are *not* an inmate, your brief is considered timely if it is mailed to the clerk by first-class mail, or dispatched to a commercial carrier for delivery to the clerk within three days, or received in the court by the filing date indicated below. *See* Fed. R. App. P. 25(a)(2)(A)ii. If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

|  |  |
|---|---|
| Appellant's Brief | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Filed by **April 28, 2026** |

Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages. When citing a sealed document to which counsel has been denied access to the paginated version in the lower court, please refer to the docket entry number and the page number of the document, e.g., Sealed RE 25, page 3. Consult 6 Cir. R. 28(a)(1).

|  |  |
|---|---|
| Appellee's Brief<br>Appendix (if required by<br>  6 Cir. R. 30(a) and (c)(2)) | Filed electronically by **May 28, 2026** |
| Appellant's Reply Brief<br>(Optional Brief) | If multiple appellee briefs are filed, only one reply brief may be filed by appellants. The reply brief is due no later than **24** days after the last appellee brief is filed. |

For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

           Sincerely yours,

           s/Kelly Stephens, Clerk

           **Appeal Case Manager: Gretchen**
           Direct Dial No. 513-564-7018

Enclosure – Pro Se Appellant Brief Form