**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 19, 2026

Mr. John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

     Re: Case No. 26-3149, *John Klosterman v. Konza, LLC, et al*
         Originating Case No. 1:25-cv-00312

Dear Mr. Klosterman,

   The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens, Clerk

Appeal Case Manager: Gretchen
Direct Dial No. 513-564-7018

cc: Mr. James D. Houston
    Mr. Richard W. Nagel
    Mr. Jeffrey M. Nye
    Mr. Paul Saba
    Ms. Rebecca P. Salley
    Ms. Bailey Sharpe

Enclosure