# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: April 23, 2026

Mr. John Klosterman
5615 Sidney Road
Cincinnati, OH 45238

     Re:  Case No. 26-3149, *John Klosterman v. Konza, LLC, et al*
         Originating Case No. 1:25-cv-00312

Dear Mr. Klosterman,

   Today this Court received from you the appellant brief, exhibits, and a notice.  The notice was not signed. Enclosed are pages 9-10.  Please sign and return the pages to this Court no later than **May 8, 2026**.

                    Sincerely yours,

                    s/Kelly Stephens, Clerk

                    **Appeal Case Manager: Gretchen**
                    Direct Dial No. 513-564-7018

cc: Mr. James D. Houston
    Mr. Jeffrey M. Nye
    Mr. Paul Saba
    Ms. Rebecca P. Salley
    Ms. Bailey Sharpe

Enclosure – Pages 9-10 of Notice