UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __26-3149__

Case Title: __John Klosterman__ vs. __Konza, LLC, et al.__

List all clients you represent in this appeal:

| |
|---|
| **Defendant-Appellee Richard Boydston** <br> **Defendant-Appellee Dentons Bingham and Greenebaum, LLP** <br> **Defendant-Appellee Konza, LLC** |

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent     ☐ Intervenor            (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Gregory A. English__     Signature: s/ __Gregory A. English__

Firm Name: __Hoover Hull Turner LLP__

Business Address: __111 Monument Circle, Suite 4400__

City/State/Zip: __Indianapolis, Indiana 46204__

Telephone Number (Area Code): __317-822-4400__

Email Address: __genglish@hooverhullturner.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17