UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3149**

Case Title: **John Klosterman** vs. **Konza, LLC, et al**

List all clients you represent in this appeal:

**Defendant-Appellee Dentons Bingham and Greenebaum, LLP**
**Defendant-Appellee Richard Boydston**
**Defendant-Appellee Konza, LLC**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Andrew W. Hull**        Signature: s/ **Andrew W. Hull**

Firm Name: **Hoover Hull Turner LLP**

Business Address: **111 Monument Circuit, Suite 4400**

City/State/Zip: **Indianapolis, Indiana 46204**

Telephone Number (Area Code): **317-822-4400**

Email Address: **awhull@hooverhullturner.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17