UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3149**

Case Title: **John Klosterman** vs. **Konza, LLC, et al.**

List all clients you represent in this appeal:

**City of Cincinnati**
**Terry James**

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent     ☐ Intervenor        (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Rebecca P. Salley**     Signature: s/ **Rebecca P. Salley**

Firm Name: **City Solicitor's Office**

Business Address: **801 Plum St., Rm. 214**

City/State/Zip: **Cincinnati, OH 45202**

Telephone Number (Area Code): **513-352-4710**

Email Address: **rebecca.salley@cincinnati-oh.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17