UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __26-3149__

Case Title: __John Klosterman__ vs. __Konza, LLC, et al.__

List all clients you represent in this appeal:

**City of Cincinnati**
**Terry James**

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☑ Appellee       ☐ Respondent      ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Johnnie Fitzpatrick__        Signature: s/ __Johnnie Fitzpatrick__

Firm Name: __City Solicitor's Office__

Business Address: __801 Plum St., Rm. 214__

City/State/Zip: __Cincinnati, OH 45202__

Telephone Number (Area Code): __513-352-3359__

Email Address: __johnnie.fitzpatrick@cincinnati-oh.gov__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17